IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANA YATES,

    Plaintiff,

v.                                         CASE NO. 8:07-cv-00758-JSM-TBM

AGR GROUP, LLC and
HERB ZERDEN,

    Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF THE
## SETTLEMENT OF PLAINTIFF'S FLSA CLAIMS

NOW COME Defendants, AGR GROUP, LLC and HERB ZERDEN, as well as plaintiff's actual employer, Utilities Marketing Group, LLC and for their motion for approval of the settlement, state as follows:

1.     Plaintiff filed a FLSA action against defendants alleging that she was employed by AGR Group, LLC and that she was not paid overtime.

2.     Defendants deny these allegations and further state that Plaintiff was an employee of Utilities Marketing Group, and that she was paid overtime due to her by virtue of an audit by the Department of Labor. As part of that audit, the DOL instructed Utilities Marketing Group to send certain employees checks for wages due along with receipts/release acknowledging payment. Utilities Marketing Group sent Plaintiff her check with a receipt/release. Plaintiff cashed the check but failed to execute and return the receipt/release.

3.     Plaintiff then filed this lawsuit.

4.      Although Plaintiff has failed to properly name her employer and has mistakenly named an affiliate of Utilities Marketing Group, all parties involved, Plaintiff, AGR, Utilities Marketing Group and Herb Zerden, wish to resolve this matter without further litigation.

5.      With the amounts paid to Plaintiff in her paychecks, through the DOL audit and now in this settlement, Plaintiff is fully compensated for her alleged FLSA claim.

6.      However, because the Eleventh Circuit requires approval for settlement of FLSA cases, the parties submit this matter to the Court to approve the reasonableness of the settlement. See *Lynn's Food Stores, Inc. v. United States of America*, 679 F.2d 1350 (11th Cir. 1982); *MacKenzie v. Kindred Hospital East, L.L.C.*, 276 F.Supp.2d 1211 (M.D. Fla. 2003).

7.      The amount of the settlement and the breakdown of the amounts are contained in the confidential settlement agreement. The parties have agreed that the Settlement Agreement and the amounts contained herein should remain confidential.

8.      The parties request that they be permitted to submit the confidential settlement agreement to the Court for an *in camera* inspection and that the Court then approve the settlement, enter the necessary order approving the settlement as to AGR, Utilities Marketing Group, and Herb Zerden and then dismissing Plaintiff's cause of action with prejudice.

WHEREFORE, for the reasons stated herein, the parties respectfully request that this Court grant their motion and allow submission of the confidential settlement

agreement for an in camera review by the Court and then enter an order approving the settlement and dismissing the matter with prejudice.

Respectfully,

/s  Colleen M. Flynn
Colleen M. Flynn
FBN 190470
E-Mail:  ColleenF@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P.
911 Chestnut Street
Clearwater, FL 33756-5643
Telephone:  (727) 461-1818
Telefax:  (727) 441-8617
Counsel for Defendants

/s  Charles Scalise
Charles Scalise
FBN 0776327
E-Mail:  cscalise@forthepeople.com
MORGAN & MORGAN PA
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407)420-1414
Telefax:  (404) 423-7928
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been served via electronic filing CM/ECF on Charles Scalise, Esq. Morgan & Morgan, P.O. Box 4979 Orlando, FL 32802-4979 on the 7th day of June 2007.

/s  Colleen M. Flynn

405826